```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8/31/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

-v.-

NICK LAGUNA,

                Defendant.

---

23 Cr. 436 (JHR)

ORDER

JENNIFER H. REARDEN, District Judge:

      The Court will hold an initial conference in this matter on **September 7, 2023**, at **11:30 a.m.** in Courtroom 12B, 500 Pearl Street, New York, NY 10007.  At the conference, the Government shall recite the procedural history of this case, outline the nature of the evidence it intends to offer at any trial, and propose a schedule for the production of discovery materials.  Counsel for the parties shall consult in advance to agree, if possible, on a month for trial, as well as a schedule for motions and the exchange of expert statements.

      SO ORDERED.

Dated: August 31, 2023
       New York, New York

*/s/ Jennifer H. Rearden*
JENNIFER H. REARDEN
United States District Judge