UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    -v.-<br><br>NICK LAGUNA,<br>                                                Defendant. | 23 Cr. 00436 (JHR)<br><br>ORDER |

JENNIFER H. REARDEN, District Judge:

The Court is in receipt of a *pro se* letter from Defendant, dated February 1, 2024.  As Defendant is represented by counsel, the Court will not consider his letter.  *See, e.g.*, *United States v. Miller*, No. 12 Cr. 445 (JMF) (S.D.N.Y. Sept. 21, 2012) ("a court has discretion to accept—and, by implication, reject—*pro se* submissions from a represented criminal defendant" (citing *United States v. de la Cruz*, No. 06 CR 1091 (SAS), 2007 WL 2325860, at *3 n.46 (S.D.N.Y. Aug. 13, 2007))); *United States v. DiPietro*, No. 02 Cr. 1237 (SWK), 2007 WL 3130553, at* 1 (S.D.N.Y. Oct. 17, 2007) ("Pursuant to its docket-managing authority, a district court may reject purported *pro se* motions filed by a represented defendant.").  All communications with the Court must be made through defense counsel.

Accordingly, Defendant's letter shall be returned to him.  The Court will forward a copy of the letter to defense counsel.

SO ORDERED.

Dated: February 7, 2024
       New York, New York

                                                              *Jennifer H. Rearden*
                                                              JENNIFER H. REARDEN
                                                              United States District Judge