# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street, 10th Floor
New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

---

Tamara Giwa
*Executive Director*

Jennifer L. Brown
*Attorney-in-Charge*

April 9, 2024

**Having carefully considered the parties' papers, the Court denies Defendant's motions to suppress and to dismiss the Indictment. The bases for the Court's decision will issue in due course.**

**BY ECF**
Honorable Jennifer H. Rearden
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

**The Clerk of Court is directed to terminate ECF Nos. 24, 26, and 37.**

**SO ORDERED.**

*[signature: Jennifer H. Rearden]*

Jennifer H. Rearden, U.S.D.J.
Date: April 23, 2024

Re: **United States v. Nick Laguna**
     **23 Cr. 436 (JHR)**

Dear Judge Rearden:

  I write in response to the Court's April 9, 2024, order. Dkt. 36. As the defense's pretrial motions are dispositive, the defense does not intend to submit motions in limine, proposed voir dire, requests to charge or proposed verdict forms. In the event that Mr. Laguna's pretrial motions are denied, the defense has requested and received a *Pimentel* letter from the Government setting out its current view of the sentencing guidelines.

Respectfully submitted,
/s/
Zawadi Baharanyi
Assistant Federal Defender
(917) 612-2753
Zawadi_Baharanyi@fd.org

CC: AUSA Diarra Guthrie.