UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>-v.-<br><br>NICK LAGUNA,<br><br>                    Defendant. | 23 Cr. 00436 (JHR)<br><br>ORDER |

JENNIFER H. REARDEN, District Judge:

The Court has been informed that Defendant Nick Laguna may wish to enter a change of plea.  Accordingly, on **April 25, 2024** at **11:30 a.m.**, a plea proceeding will take place in Courtroom 12B, 500 Pearl Street, New York, New York 10007.

The final pretrial conference scheduled for April 25, 2024 at 11:00 a.m. is adjourned *sine die*.

SO ORDERED.

Dated: April 24, 2024
New York, New York

_____
JENNIFER H. REARDEN
United States District Judge