UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                -v.-<br><br>NICK LAGUNA,<br><br>                        Defendant. | 23 Cr. 00436 (JHR)<br><br>ORDER |

JENNIFER H. REARDEN, District Judge:

    Defendant's sentencing is adjourned to **September 18, 2024** at **11:30 a.m.**

    SO ORDERED.

Dated: September 17, 2024
       New York, New York

                                                                     *Jennifer H. Rearden*
                                                                  JENNIFER H. REARDEN
                                                                  United States District Judge